```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:15-mj-709 |
| Meir Hillel, | : | Magistrate Judge Kemp |
| Defendant. | : | |

ORDER

Defendant has moved for a mental examination to determine his competency to stand trial and participate in pretrial proceedings. See 18 U.S.C. §§4241(b) and 4247(b). The United States has filed a memorandum stating that it does not oppose the motion. The motion (Doc. 10) sets forth good cause for an examination is therefore granted.

Pursuant to §§4241(b) and 4247(b), the court hereby orders that the defendant undergo a psychiatric examination to determine his mental competency to stand trial. The court designates Netcare Forensic Psychiatry Center, 3081 Sullivant Avenue, Columbus, Ohio 43204, to conduct this examination. The psychiatrist conducting the examination shall file a report with the court pursuant to 18 U.S.C. §4247(c), which shall include: (1) the defendant's history and present symptoms; (2) a description of the psychiatric and other tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinion as to whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The report shall be submitted to the Court on or before February 11, 2016. The court authorizes the Pretrial Services office to share any information developed during the

course of the Pretrial Services investigation with Netcare in order to expedite the preparation of the report. Pretrial Services is also authorized to release any records used in its investigation to Netcare for the purpose of completing the competency evaluation.

When complete, the psychiatrist's report should be mailed to:

> U.S. Magistrate Judge Terence P. Kemp
> Joseph P. Kinneary United States Courthouse
> 85 Marconi Blvd., Room 172
> Columbus, Ohio 43215

The Court will make a further determination as to defendant's competency after receipt of the report and the holding of a hearing, if necessary. Pending such a determination, this case is stayed and all hearings previously set are vacated.

/s/ Terence P. Kemp
United States Magistrate Judge